```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION
```

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 1 2 2006
JOHN F. CORCORAN, CLERK
BY: /s/
     DEPUTY CLERK

DAVID A. WILSON, )
)
    Petitioner, )
) Civil Action No. 7:06-cv-00014
v. )
) **FINAL ORDER**
UNITED STATES OF AMERICA, )
) By: Hon. James C. Turk
    Respondent. ) Senior United States District Judge
)

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. §2255, shall be and hereby is **DISMISSED**, and this action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and to counsel of record for the respondent.

ENTER: This _12th_ day of January, 2006.

          /s/ James C. Turk
          Senior United States District Judge